UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:15-cv-80773-WJZ

FINEST KNOWN LLC, GOLD AND ENERGY
OPTIONS TRADER, LLC, JAMES DiGEORGIA,
GEOFFREY GARBACZ and QUANTITATIVE
PARTNERS, INC.,

          Plaintiffs,
vs.

WEISS RESEARCH, INC. AND BRAD HOPPMANN,

          Defendants.
_____/

## DEFENDANT'S UNOPPOSED MOTION TO SEAL WITHDRAWN MOTION FOR PRELIMINARY INJUNCTION [DE 33]

Defendant/Counterclaim-Plaintiff, WEISS RESEARCH, INC. ("Weiss"), by and through undersigned counsel, pursuant to Local Rule 5.4(b), hereby moves to seal the now withdrawn Motion for Preliminary Injunction, and states:

On October 23, 2015, Weiss filed its Motion for Preliminary Injunction. DE 33. On November 9, 2015, Plaintiffs, Finest Known, LLC and Gold and Energy Options Trader, LLC. (collectively, "Plaintiffs") filed their Response in Opposition to the Motion for Preliminary Injunction. DE 38. On November 24, 2015, Weiss filed its Notice of Withdrawal of Motion to Amend Answer, Affirmative Defenses and Counterclaim [DE 41] and Motion for Preliminary Injunction [DE 33]. DE 53. On December 11, 2015, for the first time, Plaintiffs claimed that the Motion for Preliminary Injunction included confidential information. Although Weiss disagrees with Plaintiffs' claims, in an abundance of caution, Weiss is filing this Motion to Seal to avoid the possibility of violating this Court's Confidentiality Order.

Pursuant to S.D. Fla. L.R. 5.4(b)(1) the proposed sealed filings are being electronically filed via CM/ECF. The proposed sealed filing is Weiss's Motion for Preliminary Injunction [DE 33].

Counsel for the parties have conferred and Plaintiffs do not oppose this Motion.

WHEREFORE, Weiss respectfully requests the Court enter an Order designating its Motion for Preliminary Injunction as confidential, and ordering the motion sealed until 30 days after the conclusion of this litigation and any appeals.

    Respectfully submitted,

    *s/ John W. Terwilleger*
    **G. JOSEPH CURLEY**
    Florida Bar. No. 0571873
    E-mail: gcurley@gunster.com
    MICHAEL W. MARCIL
    Florida Bar No.: 0091723
    E-mail:  mmarcil@gunster.com
    JOHN W. TERWILLEGER
    Florida Bar No: 107095
    E-Mail:  jterwilleger@gunster.com
    GUNSTER, YOAKLEY & STEWART, P.A.
    777 South Flagler Drive, Suite 500 East
    West Palm Beach, FL  33401-6194
    Telephone:     561-655-1980
    Facsimile:     561-655-5677
    *Counsel for Defendants/Counterclaim-Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 30, 2015, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified below via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      *s/ John W. Terwilleger*
**JOHN W. TERWILLEGER**
Florida Bar No: 107095
E-Mail:  jterwilleger@gunster.com
MICHAEL W. MARCIL
Florida Bar No.: 0091723
E-mail:  mmarcil@gunster.com
G. JOSEPH CURLEY
Florida Bar. No. 0571873
E-mail: gcurley@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL  33401-6194
Telephone:     561-655-1980
Facsimile:     561-655-5677
*Counsel for Defendants*

## SERVICE LIST
*Finest Known LLC et al. v. Weiss Research, Inc. and Brad Hoppmann*
Case No. 9:15-cv-80773-WJZ

Brian M. Becher, Esq.
Florida Bar No.: 160393
E-Mail: bmbecher@sbwlawfirm.com
Shapiro, Blasi, Wasserman & Hermann, P.A.
777 Glades Road, Suite 400
Boca Raton, FL  33434
Telephone:  (561) 477-7800
Facsimile:   (561) 477-7722
Co-Counsel for Plaintiffs

Charles J. Hecht, Esq. (Admitted Pro Hac Vice)
E-Mail:  hecht@whafh.com
Daniel Tepper, Esq. (Admitted Pro Hac Vice)
E-Mail:  tepper@whafh.com
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, N.Y.  10016
Telephone:  (212) 545-4600
Facsimile:   (212) 545-4653
Co-Counsel for Plaintiffs