IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| FINEST KNOWN, LLC, GOLD AND ENERGY OPTIONS TRADER LLC, JAMES DiGEORGIA, GEOFFREY GARBACZ and QUANTITATIVE PARTNERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WEISS RESEARCH, INC. and BRAD HOPPMANN, <br><br> Defendants. | Civil Action No. 9:15-cv-80773-WJZ |

### DECLARATION OF GEOFFREY GARBACZ IN OPPOSITION TO DEFENDANTS' MOTION FOR SANCTIONS AND IN SUPPORT OF PLAINTIFFS' CROSS-MOTION FOR SANCTIONS

I, Geoffrey Garbacz, hereby declare as follows:

1. I am over 18 years of age, am competent to testify about the matters set forth herein and, unless otherwise stated, make this Declaration based upon my own personal knowledge.

2. Prior to the mediation scheduled to commence on January 26, 2016, I gave James DiGeorgia full authority to settle all claims concerning me and Quantitative Partners, Inc. ("**QPI**"), of which I am the principal, in the event that Weiss Research, Inc. ("**Weiss**") wished to discuss the resolution of the claims under state law involving me and QPI.

3. On January 26, 2016, I was advised that Weiss Research Inc. was prepared to discuss the resolution of the claims in the related state case if I personally attended the second scheduled day of mediation. I immediately made arrangements to fly from Chicago to Fort Lauderdale later that day so that I could attend the second scheduled day of mediation the next morning. A copy of my ticket confirmation on Spirit Airlines is attached as **Exhibit A**.

4. Shortly after making my travel arrangements, I was informed that Weiss refused to participate in the second scheduled day of mediation and that it was therefore not necessary for me to fly to Florida.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2016

Geoffrey Garbacz

785356