**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| FINEST KNOWN, LLC, GOLD AND ENERGY OPTIONS TRADER LLC, JAMES DiGEORGIA, GEOFFREY GARBACZ and QUANTITATIVE PARTNERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WEISS RESEARCH, INC. and BRAD HOPPMANN, <br><br> Defendants. | Civil Action No. 9:15-cv-80773-WJZ |

**NOTIFICATION OF 90 DAYS EXPIRING**
**FOR PLAINTIFFS' CROSS MOTION FOR VOLUNTARY DISMISSAL**

Plaintiffs, by their undersigned counsel, pursuant to Local Rule 7.1(b)(4) of the United States District Court for the Southern District of Florida, hereby submit this Notification of Ninety Days Expiring with respect to their cross-motion for voluntary dismissal:

1. Plaintiffs cross-motion for voluntary dismissal is set forth in Plaintiffs' Response in Opposition to Defendant's Motion for Final Summary Judgment, Cross-Motion for Dismissal and an Order Holding Defendant in Contempt, and Incorporated Memorandum of Law, which was filed and served on December 11, 2015 (DE 58, 61).

2. Defendant's Memorandum of Law in Opposition to Plaintiffs' Cross-Motion for Dismissal was filed and served on December 16, 2015 (DE 71).

3. Plaintiffs' Reply in Further Support of Cross-Motion for Dismissal was filed and served on December 28, 2015 (DE 75).

4. No hearing has been held or scheduled on Plaintiffs' motion for voluntary dismissal and the ninety day period from when the motion was fully briefed expired on March 28, 2016.

Dated: April 11, 2016

| | |
|---|---|
| /s/ Brian M. Becher | /s/ Charles J. Hecht |
| Brian M. Becher | Charles J. Hecht (admitted *pro hac vice*) |
| Florida Bar No. 160393 | Daniel Tepper (admitted *pro hac vice*) |
| SHAPIRO, BLASI, WASSERMAN & HERMANN, P.A. | WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP |
| 7777 Glades Road, Suite 400 | 270 Madison Avenue |
| Boca Raton, Florida 33434 | New York, New York 10016 |
| Tel.: (561) 477-7800 | Tel.: (212) 545-4600 |
| Fax: (561) 477-7722 | Fax: (212) 545-4653 |
| bmbecher@sbwlawfirm.com | hecht@whafh.com |
| | tepper@whafh.com |

786114

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2016, I electronically filed the foregoing Notification of Ninety Days Expiring for Plaintiffs' Cross-Motion Voluntary Dismissal with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the following page via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Brian M. Becher
Brian M. Becher
Florida Bar No. 160393
SHAPIRO, BLASI, WASSERMAN & HERMANN, P.A.
7777 Glades Road, Suite 400
Boca Raton, Florida 33434
Tel.: (561) 477-7800
Fax: (561) 477-7722
bmbecher@sbwlawfirm.com

**SERVICE LIST**

*FINEST KNOWN LLC, et al. v. WEISS RESEARCH, INC., et al.*
Case No. 9:15-cv-80773-WJZ
United States District Court, Southern District of Florida

| | |
|---|---|
| G. Joseph Curley<br>Michael W. Marcil<br>John W. Terwilleger<br>GUNSTER, YOAKLEY & STEWART, P.A.<br>777 South Flagler Drive, Suite 500 East<br>West Palm Beach, FL 33401-6194<br>Tel:    (561) 655-1980<br>Fax:   (561) 655-5677<br>gcurley@gunster.com<br>mmarcil@gunster.com<br>jterwilleger@gunster.com<br>Counsel for Defendants | Charles J. Hecht, Esq.<br>Daniel Tepper, Esq.<br>WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LLP<br>270 Madison Avenue<br>New York, New York 10016<br>Tel.: (212) 545-4600<br>Fax: (212) 545-4653<br>hecht@whafh.com<br>tepper@whafh.com<br>Co-Counsel for Plaintiffs<br><br>Brian M. Becher, Esq.<br>SHAPIRO, BLASI, WASSERMAN &<br>HERMANN, P.A.<br>7777 Glades Road, Suite 400<br>Boca Raton, Florida 33434<br>Tel.: (561) 477-7800<br>Fax: (561) 477-7722<br>bmbecher@sbwlawfirm.com<br>Co-Counsel for Plaintiffs |